# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 6 WAL 2022 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| BRANDON LEE HUMPHREY, | : | |
| Petitioner | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 7 WAL 2022 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| BRANDON HUMPHREY, | : | |
| Petitioner | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 8 WAL 2022 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| BRANDON HUMPHREY, | : | |
| Petitioner | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 9 WAL 2022 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |

BRANDON HUMPHREY,

  Respondent

COMMONWEALTH OF PENNSYLVANIA, : No. 10 WAL 2022

  Respondent

           : Petition for Allowance of Appeal
           : from the Order of the Superior Court

  v.

BRANDON HUMPHREY,

  Petitioner

COMMONWEALTH OF PENNSYLVANIA, : No. 11 WAL 2022

  Respondent

           : Petition for Allowance of Appeal
           : from the Order of the Superior Court

  v.

BRANDON LEE HUMPHREY,

  Petitioner

COMMONWEALTH OF PENNSYLVANIA, : No. 12 WAL 2022

  Respondent

           : Petition for Allowance of Appeal
           : from the Order of the Superior Court

  v.

BRANDON HUMPHREY,

  Petitioner

COMMONWEALTH OF PENNSYLVANIA, : No. 13 WAL 2022

  Respondent

|  |  |  |
|---|---|---|
| v. | : | Petition for Allowance of Appeal from the Order of the Superior Court |
|  | : |  |
|  | : |  |
| BRANDON LEE HUMPHREY, | : |  |
|  | : |  |
| Petitioner | : |  |
|  |  |  |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 14 WAL 2022 |
|  | : |  |
| Respondent | : |  |
|  | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : |  |
|  | : |  |
|  | : |  |
| BRANDON HUMPHREY, | : |  |
|  | : |  |
| Petitioner | : |  |
|  |  |  |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 15 WAL 2022 |
|  | : |  |
| Respondent | : |  |
|  | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : |  |
|  | : |  |
|  | : |  |
| BRANDON HUMPHREY, | : |  |
|  | : |  |
| Petitioner | : |  |

## ORDER

**PER CURIAM**

AND NOW, this 13th day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.

[6 WAL 2022, 7 WAL 2022, 8 WAL 2022, 9 WAL 2022, 10 WAL 2022, 11 WAL 2022, 12 WAL 2022, 13 WAL 2022, 14 WAL 2022 and 15 WAL 2022] - 3